In re      LYN YOUNG                                                                    ,      Case No.   05-38848-H4-13
                                                    Debtor

# SCHEDULE A. REAL PROPERTY

Except as directed below, list all real property in which the debtor has any legal, equitable, or future interest, including all property owned as a cotenant, community property, or in which the debtor has a life estate. Include any property in which the debtor holds rights and powers exercisable for the debtor's own benefit. If the debtor is married, state whether husband, wife, or both own the property by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community." If the debtor holds no interest in real property, write "None" under "Description and Location of Property."

Do not include interests in executory contracts and unexpired leases on this schedule. List them in Schedule G - Executory Contracts and Unexpired Leases.

If an entity claims to have a lien or hold a secured interest in any property, state the amount of the secured claim. (See Schedule D.) If no entity claims to hold a secured interest in the property, write "None" in the column labeled "Amount of Secured Claim."

If the debtor is an individual or if a joint petition is filed, state the amount of any exemption claimed in the property only in Schedule C - Property Claimed as Exempt.

| Description and Location of Property | Nature of Debtor's Interest in Property | Husband, Wife, Joint, or Community | Current Market Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption | Amount of Secured Claim |
|---|---|---|---|---|
| RES A3 (005BLK 1 TR A3 PT RES A) NEWPORT COUNTRY CLUB ESTATES SECTION 1, HARRIS COUNTY, TEXAS | HOMESTEAD | - | 89,400.00 | 57,558.00 |

|  | | |
|---|---|---|
| Sub-Total > | 89,400.00 | (Total of this page) |
| Total > | 89,400.00 | |

__0__ continuation sheets attached to the Schedule of Real Property

(Report also on Summary of Schedules)

Copyright (c) 1996-2005 - Best Case Solutions, Inc. - Evanston, IL - (800) 492-8037                                            Best Case Bankruptcy

In re    LYN YOUNG                                                                    ,        Case No.    05-38848-H4-13
                                                    Debtor

# SCHEDULE B. PERSONAL PROPERTY

Except as directed below, list all personal property of the debtor of whatever kind. If the debtor has no property in one or more of the categories, place an "x" in the appropriate position in the column labeled "None." If additional space is needed in any category, attach a separate sheet properly identified with the case name, case number, and the number of the category. If the debtor is married, state whether husband, wife, or both own the property by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community." If the debtor is an individual or a joint petition is filed, state the amount of any exemptions claimed only in Schedule C - Property Claimed as Exempt.

Do not list interests in executory contracts and unexpired leases on this schedule. List them in Schedule G - Executory Contracts and Unexpired Leases.

If the property is being held for the debtor by someone else, state that person's name and address under "Description and Location of Property."

| Type of Property | N O N E | Description and Location of Property | Husband, Wife, Joint, or Community | Current Market Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|
| 1. Cash on hand | X | | | |
| 2. Checking, savings or other financial accounts, certificates of deposit, or shares in banks, savings and loan, thrift, building and loan, and homestead associations, or credit unions, brokerage houses, or cooperatives. | | CHECKING ACCOUNT | - | 1,500.00 |
| 3. Security deposits with public utilities, telephone companies, landlords, and others. | X | | | |
| 4. Household goods and furnishings, including audio, video, and computer equipment. | | 2 SOFAS $1000.00, 2 CHAIRS $500.00, 2 TABLES $800.00, 1 TV $800.00, 1 VCR/DVD PLAYER $200.00, 2 LAMPS $200.00, 1 STEREO $200.00, 6 CHAIRS $1000.00, 1 TABLE $1000.00, 1 REFRIGERATOR $800.00, 1 MICROWAVE $200.00, 3 BEDS $1500.00, 3 CHESTS $400.00, 4 TABLES $200.00, 5 LAMPS $200.00, 1 WASHER $150.00, 1 DRYER $150.00, 1 LAWN MOWER $300.00, 1 EDGER $150.00, 8 PAINTINGS $600.00 | - | 10,150.00 |
| 5. Books, pictures and other art objects, antiques, stamp, coin, record, tape, compact disc, and other collections or collectibles. | | BOOKS AND PICTURES | - | 600.00 |
| 6. Wearing apparel. | | CLOTHING AND PERSONAL POSSESSIONS | - | 2,500.00 |
| 7. Furs and jewelry. | | FURS AND JEWELRY | - | 4,000.00 |
| 8. Firearms and sports, photographic, and other hobby equipment. | | FIREARMS, SPORTS/H0BBY EQUIPMENT | - | 1,000.00 |

|  | Sub-Total >  (Total of this page) | 19,750.00 |
|---|---|---|

   2    continuation sheets attached to the Schedule of Personal Property

Copyright (c) 1996-2005 - Best Case Solutions, Inc. - Evanston, IL - (800) 492-8037                                                                Best Case Bankruptcy

In re    LYN YOUNG                                                              , Case No. __05-38848-H4-13_____
                                                          Debtor

## SCHEDULE B. PERSONAL PROPERTY
### (Continuation Sheet)

| Type of Property | N O N E | Description and Location of Property | Husband, Wife, Joint, or Community | Current Market Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|
| 9.  Interests in insurance policies. Name insurance company of each policy and itemize surrender or refund value of each. | X | | | |
| 10. Annuities. Itemize and name each issuer. | X | | | |
| 11. Interests in IRA, ERISA, Keogh, or other pension or profit sharing plans. Itemize. | | MAY COMPANY 401K | - | 800.00 |
| 12. Stock and interests in incorporated and unincorporated businesses. Itemize. | X | | | |
| 13. Interests in partnerships or joint ventures. Itemize. | X | | | |
| 14. Government and corporate bonds and other negotiable and nonnegotiable instruments. | X | | | |
| 15. Accounts receivable. | X | | | |
| 16. Alimony, maintenance, support, and property settlements to which the debtor is or may be entitled. Give particulars. | X | | | |
| 17. Other liquidated debts owing debtor including tax refunds. Give particulars. | X | | | |
| 18. Equitable or future interests, life estates, and rights or powers exercisable for the benefit of the debtor other than those listed in Schedule of Real Property. | X | | | |
| 19. Contingent and noncontingent interests in estate of a decedent, death benefit plan, life insurance policy, or trust. | X | | | |

Sub-Total >          800.00
(Total of this page)

Sheet __1__ of __2__ continuation sheets attached
to the Schedule of Personal Property

Copyright (c) 1996-2005 - Best Case Solutions, Inc. - Evanston, IL - (800) 492-8037                                                                 Best Case Bankruptcy

In re     LYN YOUNG                                                                    Case No.    05-38848-H4-13
                                                                ,
                                        Debtor

# SCHEDULE B. PERSONAL PROPERTY
## (Continuation Sheet)

| Type of Property | N O N E | Description and Location of Property | Husband, Wife, Joint, or Community | Current Market Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|
| 20. Other contingent and unliquidated claims of every nature, including tax refunds, counterclaims of the debtor, and rights to setoff claims. Give estimated value of each. | X | | | |
| 21. Patents, copyrights, and other intellectual property. Give particulars. | X | | | |
| 22. Licenses, franchises, and other general intangibles. Give particulars. | X | | | |
| 23. Automobiles, trucks, trailers, and other vehicles and accessories. | X | | | |
| 24. Boats, motors, and accessories. | X | | | |
| 25. Aircraft and accessories. | X | | | |
| 26. Office equipment, furnishings, and supplies. | X | | | |
| 27. Machinery, fixtures, equipment, and supplies used in business. | X | | | |
| 28. Inventory. | X | | | |
| 29. Animals. | X | | | |
| 30. Crops - growing or harvested. Give particulars. | X | | | |
| 31. Farming equipment and implements. | X | | | |
| 32. Farm supplies, chemicals, and feed. | X | | | |
| 33. Other personal property of any kind not already listed. | X | | | |

|  |  |
|---|---|
| Sub-Total > (Total of this page) | 0.00 |
| Total > | 20,550.00 |

Sheet   2   of   2   continuation sheets attached
to the Schedule of Personal Property

(Report also on Summary of Schedules)

Copyright (c) 1996-2005 - Best Case Solutions, Inc. - Evanston, IL - (800) 492-8037                                    Best Case Bankruptcy

In re      LYN YOUNG                                                      ,      Case No.    05-38848-H4-13
                                                              Debtor

# SCHEDULE C. PROPERTY CLAIMED AS EXEMPT

Debtor elects the exemptions to which debtor is entitled under:
*[Check one box]*
☐ 11 U.S.C. §522(b)(1):   Exemptions provided in 11 U.S.C. §522(d). Note: These exemptions are available only in certain states.
■ 11 U.S.C. §522(b)(2):   Exemptions available under applicable nonbankruptcy federal laws, state or local law where the debtor's domicile has
                          been located for the 180 days immediately preceding the filing of the petition, or for a longer portion of the 180-day
                          period than in any other place, and the debtor's interest as a tenant by the entirety or joint tenant to the extent the interest
                          is exempt from process under applicable nonbankruptcy law.

| Description of Property | Specify Law Providing Each Exemption | Value of Claimed Exemption | Current Market Value of Property Without Deducting Exemption |
|---|---|---|---|
| **Real Property**<br>RES A3 (005BLK 1 TR A3 PT RES A) NEWPORT COUNTRY CLUB ESTATES SECTION 1, HARRIS COUNTY, TEXAS | Tex. Const. art. XVI, §§ 50, 51, Tex. Prop. Code §§ 41.001-.002 | 89,400.00 | 89,400.00 |
| **Household Goods and Furnishings**<br>2 SOFAS $1000.00, 2 CHAIRS $500.00, 2 TABLES $800.00, 1 TV $800.00, 1 VCR/DVD PLAYER $200.00, 2 LAMPS $200.00, 1 STEREO $200.00, 6 CHAIRS $1000.00, 1 TABLE $1000.00, 1 REFRIGERATOR $800.00, 1 MICROWAVE $200.00, 3 BEDS $1500.00, 3 CHESTS $400.00, 4 TABLES $200.00, 5 LAMPS $200.00, 1 WASHER $150.00, 1 DRYER $150.00, 1 LAWN MOWER $300.00, 1 EDGER $150.00, 8 PAINTINGS $600.00 | Tex. Prop. Code §§ 42.001(a)(1), (2), 42.002(a)(1) | 10,150.00 | 10,150.00 |
| **Books, Pictures and Other Art Objects; Collectibles**<br>BOOKS AND PICTURES | Tex. Prop. Code § 43.001 | 600.00 | 600.00 |
| **Wearing Apparel**<br>CLOTHING AND PERSONAL POSSESSIONS | Tex. Prop. Code §§ 42.001(a)(1), (2), 42.002(a)(5) | 2,500.00 | 2,500.00 |
| **Furs and Jewelry**<br>FURS AND JEWELRY | Tex. Prop. Code §§ 42.001(a)(1), (2), 42.002(a)(6) | 4,000.00 | 4,000.00 |
| **Firearms and Sports, Photographic and Other Hobby Equipment**<br>FIREARMS, SPORTS/H0BBY EQUIPMENT | Tex. Prop. Code §§ 42.001(a)(1), (2), 42.002(a)(7) | 1,000.00 | 1,000.00 |
| **Interests in IRA, ERISA, Keogh, or Other Pension or Profit Sharing Plans**<br>MAY COMPANY 401K | Tex. Prop. Code § 42.0021 | 800.00 | 800.00 |

____0____  continuation sheets attached to Schedule of Property Claimed as Exempt

Copyright (c) 1996-2005 - Best Case Solutions, Inc. - Evanston, IL - (800) 492-8037                                                          Best Case Bankruptcy

Form B6D
(12/03)

In re    LYN YOUNG
                                                        ,                    Case No.   05-38848-H4-13
                          Debtor

# SCHEDULE D. CREDITORS HOLDING SECURED CLAIMS

State the name, mailing address, including zip code and last four digits of any account number of all entities holding claims secured by property of the debtor as of the date of filing of the petition. The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. List creditors holding all types of secured interests such as judgment liens, garnishments, statutory liens, mortgages, deeds of trust, and other security interests. List creditors in alphabetical order to the extent practicable. If all secured creditors will not fit on this page, use the continuation sheet provided.

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor", include the entity on the appropriate schedule of creditors, and complete Schedule H - Codebtors. If a joint petition is filed, state whether husband, wife, both of them, or the marital community may be liable on each claim by placing an "H", "W", "J", or "C" in the column labeled "Husband, Wife, Joint, or Community."

If the claim is contingent, place an "X" in the column labeled "Contingent". If the claim is unliquidated, place an "X" in the column labeled "Unliquidated". If the claim is disputed, place an "X" in the column labeled "Disputed". (You may need to place an "X" in more than one of these three columns.)

Report the total of all claims listed on this schedule in the box labeled "Total" on the last sheet of the completed schedule. Report this total also on the Summary of Schedules.

☐   Check this box if debtor has no creditors holding secured claims to report on this Schedule D.

| CREDITOR'S NAME, AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | H W J C | DATE CLAIM WAS INCURRED, NATURE OF LIEN, AND DESCRIPTION AND MARKET VALUE OF PROPERTY SUBJECT TO LIEN | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM WITHOUT DEDUCTING VALUE OF COLLATERAL | UNSECURED PORTION IF ANY |
|---|---|---|---|---|---|---|---|---|
| Account No. 0105572150 <br><br> AURORA LOAN SERVICES <br> P O BOX 1706 <br> SCOTTSBLUFF, NE 69363-1706 | | - | RES A3 (005BLK 1 TR A3 PT RES A) NEWPORT COUNTRY CLUB ESTATES SECTION 1, HARRIS COUNTY, TEXAS <br><br> Value $          89,400.00 | | | | 56,158.00 | 0.00 |
| Account No. <br><br> CIA SERVICES INC. <br> C/O WESTFIELD GLEN PROPERTY HOA <br> 5616 FM 1960 WEST STE 190 <br> HUMBLE, TX 77346 | | - | RES A3 (005BLK 1 TR A3 PT RES A) NEWPORT COUNTRY CLUB ESTATES SECTION 1, HARRIS COUNTY, TEXAS <br><br> Value $          89,400.00 | | | | 1,400.00 | 0.00 |
| Account No. <br><br> | | | Value $ | | | | | |
| Account No. <br><br> | | | Value $ | | | | | |

_0___  continuation sheets attached

| | | |
|---|---|---|
| Subtotal (Total of this page) | 57,558.00 | |
| Total (Report on Summary of Schedules) | 57,558.00 | |

Copyright (c) 1996-2005 - Best Case Solutions, Inc. - Evanston, IL - (800) 492-8037                                    Best Case Bankruptcy

Form B6E
(04/04)

In re      LYN YOUNG                                                                                    ,        Case No.    05-38848-H4-13
                                                                                                                 Debtor

# SCHEDULE E. CREDITORS HOLDING UNSECURED PRIORITY CLAIMS

A complete list of claims entitled to priority,  listed separately by type of priority,  is to be set forth on the sheets provided.  Only holders of unsecured claims entitled to priority should be listed in this schedule. In the boxes provided on the attached sheets, state the name, mailing address, including zip code, and last four digits of the account number, if any, of all entities holding priority claims against the debtor or the property of the debtor, as of the date of the filing of the petition. The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so.

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor", include the entity on the appropriate schedule of creditors, and complete Schedule H-Codebtors. If a joint petition is filed, state whether husband, wife, both of them or the marital community may be liable on each claim by placing an "H", "W", "J", or "C" in the column labeled "Husband, Wife, Joint, or Community".

If the claim is contingent, place an "X" in the column labeled "Contingent". If the claim is unliquidated, place an "X" in the column labeled "Unliquidated". If the claim is disputed, place an "X" in the column labeled "Disputed". (You may need to place an "X" in more than one of these three columns.)

Report the total of claims listed on each sheet in the box labeled "Subtotal" on each sheet. Report the total of all claims listed on this Schedule E in the box labeled "Total" on the last sheet of the completed schedule. Repeat this total also on the Summary of Schedules.

■ Check this box if debtor has no creditors holding unsecured priority claims to report on this Schedule E.

**TYPES OF PRIORITY CLAIMS** (Check the appropriate box(es) below if claims in that category are listed on the attached sheets.)

☐ **Extensions of credit in an involuntary case**

Claims arising in the ordinary course of the debtor's business or financial affairs after the commencement of the case but before the earlier of the appointment of a trustee or the order for relief. 11 U.S.C. § 507(a)(2).

☐ **Wages, salaries, and commissions**

Wages, salaries, and commissions, including vacation, severance, and sick leave pay owing to employees and commissions owing to qualifying independent sales representatives up to $4,925* per person earned within 90 days immediately preceding the filing of the original petition, or the cessation of business, which ever occurred first, to the extent provided in 11 U.S.C. § 507 (a)(3).

☐ **Contributions to employee benefit plans**

Money owed to employee benefit plans for services rendered within 180 days immediately preceding the filing of the original petition, or the cessation of business, whichever occurred first, to the extent provided in 11 U.S.C. § 507(a)(4).

☐ **Certain farmers and fishermen**

Claims of certain farmers and fishermen, up to $4,925* per farmer or fisherman, against the debtor, as provided in 11 U.S.C. § 507(a)(5).

☐ **Deposits by individuals**

Claims of individuals up to $2,225* for deposits for the purchase, lease, or rental of property or services for personal, family, or household use, that were not delivered or provided. 11 U.S.C. § 507(a)(6).

☐ **Alimony, Maintenance, or Support**

Claims of a spouse, former spouse, or child of the debtor for alimony, maintenance, or support, to the extent provided in 11 U.S.C. § 507(a)(7).

☐ **Taxes and Certain Other Debts Owed to Governmental Units**

Taxes, customs duties, and penalties owing to federal, state, and local governmental units as set forth in 11 U.S.C § 507(a)(8).

☐ **Commitments to Maintain the Capital of an Insured Depository Institution**

Claims based on commitments to the FDIC, RTC, Director of the Office of Thrift Supervision, Comptroller of the Currency, or Board of Governors of the Federal Reserve System, or their predecessors or successors, to maintain the capital of an insured depository institution. 11 U.S.C. § 507(a)(9).

*Amounts are subject to adjustment on April 1, 2007, and every three years thereafter with respect to cases commenced on or after the date of adjustment.

_____0___  continuation  sheets  attached

Copyright (c) 1996-2005 - Best Case Solutions, Inc. - Evanston, IL - (800) 492-8037                                                                                                Best Case Bankruptcy

Form B6F
(12/03)

In re     LYN YOUNG                                                                              ,          Case No. ___05-38848-H4-13_____
                                        Debtor

# SCHEDULE F. CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

State the name, mailing address, including zip code, and last four digits of any account number, of all entities holding unsecured claims without priority against the debtor or the property of the debtor, as of the date of filing of the petition. The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. Do not include claims listed in Schedules D and E. If all creditors will not fit on this page, use the continuation sheet provided.

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor", include the entity on the appropriate schedule of creditors, and complete Schedule H - Codebtors. If a joint petition is filed, state whether husband, wife, both of them, or the marital community maybe liable on each claim by placing an "H", "W", "J", or "C" in the column labeled "Husband, Wife, Joint, or Community".

If the claim is contingent, place an "X" in the column labeled "Contingent". If the claim is unliquidated, place an "X" in the column labeled "Unliquidated". If the claim is disputed, place an "X" in the column labeled "Disputed". (You may need to place an "X" in more than one of these three columns.)

Report the total of all claims listed on this schedule in the box labeled "Total" on the last sheet of the completed schedule. Report this total also on the Summary of Schedules.

☐     Check this box if debtor has no creditors holding unsecured claims to report on this Schedule F.

| CREDITOR'S NAME, AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM.  IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. 5491-1300-8127-4268<br><br>AT&T<br>PO BOX 44271<br>JACKSONVILLE, FL 32231-4271 | | - | LONG DISTANCE SERVICES | | | | 11,117.00 |
| Account No. 4264-2917-6103-8007<br><br>BANK CARD SERVICES<br>PO BOX 15026<br>WILMINGTON, DE 19850-5026 | | - | CREDIT CARD CHARGES | | | | 500.00 |
| Account No. 4319-0410-0496-7545<br><br>BANK OF AMERICA<br>PO BOX 30770<br>TAMPA, FL 33630-3770 | | - | CREDIT CARD CHARGES | | | | 1,450.00 |
| Account No. 125978150369<br><br>BANK ONE<br>PO BOX 50882<br>HENDERSON, NV 89016 | | - | CREDIT CARD CHARGES | | | | 12,165.00 |
| __3___ continuation sheets attached | | | | | Subtotal<br>(Total of this page) | | 25,232.00 |

Copyright (c) 1996-2005 - Best Case Solutions, Inc. - Evanston, IL - (800) 492-8037                                                                           S/N:25095-050128   Best Case Bankruptcy

Form B6F - Cont.
(12/03)

In re    LYN YOUNG                                                      ,       Case No.    05-38848-H4-13
                                        Debtor

## SCHEDULE F. CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions.) | CODEBTOR | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM.  IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. 4226-6103-5537-5714 <br><br> CHASE <br> PO BOX 52126 <br> PHOENIX, AZ 85072-2126 | | - | CREDIT CARD CHARGES | | | | 5,201.00 |
| Account No. 1105015661 <br><br> CHEVRON <br> PO BOX 2001 <br> CONCORD, CA 94529-0001 | | - | GAS CARD | | | | 679.00 |
| Account No. 4128-0020-2194-7655 <br><br> CITICARDS <br> PO BOX 6401 <br> THE LAKES, NV 88901-6401 | | - | CREDIT CARD CHARGES | | | | 9,118.00 |
| Account No. 4229-9718-0027-9159 <br><br> COMPASS BANK <br> PO BOX 2210 <br> DECATUR, AL 35699 | | - | CREDIT CARD CHARGES | | | | 4,061.00 |
| Account No. <br><br> COMPU SERVE <br> PO BOX 28650 <br> JACKSONVILLE, FL 32260 | | - | CREDIT CARD CHARGES | | | | 280.00 |

Sheet no.  1  of  3  sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)           19,339.00

Copyright (c) 1996-2005 - Best Case Solutions, Inc. - Evanston, IL - (800) 492-8037                        Best Case Bankruptcy

Form B6F - Cont.
(12/03)

In re    LYN YOUNG                                        ,    Case No.    05-38848-H4-13
                                   Debtor

## SCHEDULE F. CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions.) | CODEBTOR | HWJC | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM.  IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. 7575000810907865<br><br>DILLARDS<br>PO BOX 29448<br>PHOENIX, AZ 85038 | - | | CREDIT CARD CHARGES | | | | 937.00 |
| Account No. 6011-0085-3650-2476<br><br>DISCOVER`<br>PO BOX 30395<br>SALT LAKE CITY, UT 84130-0395 | - | | CREDIT CARD CHARGES | | | | 6,632.00 |
| Account No.<br><br>DR. GUIDRY<br>FIRST FAMILY MEDICINE ASSOC.<br>PO BOX 998<br>BAYTOWN, TX 77522 | - | | MEDICAL SERVICES | | | X | 740.00 |
| Account No.<br><br>DR. JACOB<br>18955 MEMORIAL #440<br>HUMBLE, TX 77338 | - | | MEDICAL SERVICES | | | | 50.00 |
| Account No. 480630000000000000029540362<br><br>FORD MOTOR CREDIT<br>PO BOX 6508<br>MESA, AZ 85216-6508 | - | | DEFICIENCY ON VEHICLE | | | | 4,907.62 |

Sheet no. __2__ of _3___ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)                      13,266.62

Copyright (c) 1996-2005 - Best Case Solutions, Inc. - Evanston, IL - (800) 492-8037                                           Best Case Bankruptcy

Form B6F - Cont.
(12/03)

In re      LYN YOUNG                                                            ,      Case No.    05-38848-H4-13
                                                Debtor

## SCHEDULE F. CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions.) | CODEBTOR | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM.  IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. 5407-9206-8031-0973 <br><br> GM CARD <br> PO BOX 60119 <br> CITY OF INDUSTRY, CA 91716-0119 | | - | CREDIT CARD CHARGES | | | | 3,952.00 |
| Account No. 5192301969504 <br><br> HOME DEPOT <br> PO BOX 105980 <br> DEPT. 51 <br> ATLANTA, GA 30353-5980 | | - | CREDIT CARD CHARGES | | | | 984.00 |
| Account No. H00015683956 <br><br> SAN JACINTO METHODIST HOSPITAL <br> P O BOX 200781 <br> HOUSTON, TX 77216 | | - | MEDICAL SERVICES | | | | 1,700.00 |
| Account No. 0652610520171 <br><br> SEARS <br> P.O. BOX 182149 <br> COLUMBUS, OH 43218-2149 | | - | CREDIT CARD CHARGES | | | | 1,629.00 |
| Account No. <br><br> | | | | | | | |

Sheet no.   3   of   3   sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

| | |
|---|---|
| Subtotal (Total of this page) | 8,265.00 |
| Total (Report on Summary of Schedules) | 66,102.62 |

Copyright (c) 1996-2005 - Best Case Solutions, Inc. - Evanston, IL - (800) 492-8037                                    Best Case Bankruptcy

In re     LYN YOUNG                                                 ,          Case No. __05-38848-H4-13_____

                                         Debtor

# SCHEDULE G. EXECUTORY CONTRACTS AND UNEXPIRED LEASES

Describe all executory contracts of any nature and all unexpired leases of real or personal property. Include any timeshare interests.
State nature of debtor's interest in contract, i.e., "Purchaser," "Agent," etc. State whether debtor is the lessor or lessee of a lease.
Provide the names and complete mailing addresses of all other parties to each lease or contract described.

NOTE:   A party listed on this schedule will not receive notice of the filing of this case unless the party is also scheduled in the appropriate
               schedule of creditors.

☐ Check this box if debtor has no executory contracts or unexpired leases.

| Name and Mailing Address, Including Zip Code, of Other Parties to Lease or Contract | Description of Contract or Lease and Nature of Debtor's Interest. State whether lease is for nonresidential real property. State contract number of any government contract. |
|---|---|
| CHASE<br>P O BOX 30755<br>TAMPA, FL 33630-3755 | MOTHER PURCHASED VEHICLE. DEBTOR IS DRIVING AND PAYING FOR VEHICLE. |

    _0_   continuation sheets attached to Schedule of Executory Contracts and Unexpired Leases

Copyright (c) 1996-2005 - Best Case Solutions, Inc. - Evanston, IL - (800) 492-8037                               Best Case Bankruptcy

In re      LYN YOUNG                                                    ,          Case No.   05-38848-H4-13
                                                        Debtor

# SCHEDULE H. CODEBTORS

   Provide the information requested concerning any person or entity, other than a spouse in a joint case, that is also liable on any debts listed by debtor in the schedules of creditors. Include all guarantors and co-signers. In community property states, a married debtor not filing a joint case should report the name and address of the nondebtor spouse on this schedule. Include all names used by the nondebtor spouse during the six years immediately preceding the commencement of this case.

■  Check this box if debtor has no codebtors.

| NAME AND ADDRESS OF CODEBTOR | NAME AND ADDRESS OF CREDITOR |
| --- | --- |

    0    continuation sheets attached to Schedule of Codebtors

Copyright (c) 1996-2005 - Best Case Solutions, Inc. - Evanston, IL - (800) 492-8037                                                Best Case Bankruptcy

Form B6I
(12/03)

In re      LYN YOUNG                                                    Case No.      05-38848-H4-13
                                     Debtor(s)

## SCHEDULE I. CURRENT INCOME OF INDIVIDUAL DEBTOR(S)

The column labeled "Spouse" must be completed in all cases filed by joint debtors and by a married debtor in a chapter 12 or 13 case whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.

| Debtor's Marital Status: | DEPENDENTS OF DEBTOR AND SPOUSE | |
|---|---|---|
| Widowed | RELATIONSHIP<br>DAUGHTER<br>MOTHER | AGE<br>50 YEARS<br>85 YEARS |

| EMPLOYMENT | DEBTOR | SPOUSE |
|---|---|---|
| Occupation | SALES | |
| Name of Employer | THE MAY DEPARTMENT STORES CO./FOLEY'S | |
| How long employed | 13 YEARS | |
| Address of Employer | 1110 MAIN STREET<br>HOUSTON, TX 77002 | |

| INCOME: (Estimate of average monthly income) | DEBTOR | SPOUSE |
|---|---|---|
| Current monthly gross wages, salary, and commissions (pro rate if not paid monthly) | $ 1,542.19 | $ N/A |
| Estimated monthly overtime | $ 0.00 | $ N/A |
| SUBTOTAL | $ 1,542.19 | $ N/A |
| LESS PAYROLL DEDUCTIONS | | |
| a. Payroll taxes and social security | $ 368.16 | $ N/A |
| b. Insurance | $ 0.00 | $ N/A |
| c. Union dues | $ 0.00 | $ N/A |
| d. Other (Specify) | $ 0.00 | $ N/A |
| | $ 0.00 | $ N/A |
| SUBTOTAL OF PAYROLL DEDUCTIONS | $ 368.16 | $ N/A |
| TOTAL NET MONTHLY TAKE HOME PAY | $ 1,174.03 | $ N/A |
| Regular income from operation of business or profession or farm (attach detailed statement) | $ 0.00 | $ N/A |
| Income from real property | $ 0.00 | $ N/A |
| Interest and dividends | $ 0.00 | $ N/A |
| Alimony, maintenance or support payments payable to the debtor for the debtor's use or that of dependents listed above | $ 0.00 | $ N/A |
| Social security or other government assistance<br>(Specify)      WIDOW'S BENEFITS | $ 1,191.00 | $ N/A |
| | $ 0.00 | $ N/A |
| Pension or retirement income | $ 0.00 | $ N/A |
| Other monthly income<br>(Specify)      DAUGHTER'S CONTRIBUTION | $ 300.00 | $ N/A |
| MOTHER'S CONTRIBUTION | $ 200.00 | $ N/A |
| TOTAL MONTHLY INCOME | $ 2,865.03 | $ N/A |

TOTAL COMBINED MONTHLY INCOME          $          2,865.03          (Report also on Summary of Schedules)

Describe any increase or decrease of more than 10% in any of the above categories anticipated to occur within the year following the filing of this document:

In re  LYN YOUNG                                                     Case No.  05-38848-H4-13
                        Debtor(s)

# SCHEDULE J. CURRENT EXPENDITURES OF INDIVIDUAL DEBTOR(S)

Complete this schedule by estimating the average monthly expenses of the debtor and the debtor's family.  Pro rate any payments made bi-weekly, quarterly, semi-annually, or annually to show monthly rate.

☐  Check this box if a joint petition is filed and debtor's spouse maintains a separate household.  Complete a separate schedule of expenditures labeled "Spouse."

| | | |
|---|---|---:|
| Rent or home mortgage payment (include lot rented for mobile home) | $ | 775.39 |
| Are real estate taxes included?  Yes __X__  No ___ | | |
| Is property insurance included?  Yes __X__  No ___ | | |
| Utilities:  Electricity and heating fuel | $ | 150.00 |
| Water and sewer | $ | 55.00 |
| Telephone | $ | 28.00 |
| Other _____ | $ | 0.00 |
| Home maintenance (repairs and upkeep) | $ | 50.00 |
| Food | $ | 500.00 |
| Clothing | $ | 50.00 |
| Laundry and dry cleaning | $ | 50.00 |
| Medical and dental expenses | $ | 50.00 |
| Transportation (not including car payments) | $ | 225.00 |
| Recreation, clubs and entertainment, newspapers, magazines, etc. | $ | 35.00 |
| Charitable contributions | $ | 0.00 |
| Insurance (not deducted from wages or included in home mortgage payments) | | |
| Homeowner's or renter's | $ | 0.00 |
| Life | $ | 0.00 |
| Health | $ | 0.00 |
| Auto | $ | 130.00 |
| Other | $ | 0.00 |
| Taxes (not deducted from wages or included in home mortgage payments) | | |
| (Specify) _____ | $ | 0.00 |
| Installment payments: (In chapter 12 and 13 cases, do not list payments to be included in the plan.) | | |
| Auto | $ | 399.20 |
| Other _____ | $ | 0.00 |
| Other _____ | $ | 0.00 |
| Other _____ | $ | 0.00 |
| Alimony, maintenance, and support paid to others | $ | 0.00 |
| Payments for support of additional dependents not living at your home | $ | 0.00 |
| Regular expenses from operation of business, profession, or farm (attach detailed statement) | $ | 0.00 |
| Other _____ | $ | 0.00 |
| Other _____ | $ | 0.00 |
| TOTAL MONTHLY EXPENSES (Report also on Summary of Schedules) | $ | 2,497.59 |

[FOR CHAPTER 12 AND 13 DEBTORS ONLY]
Provide the information requested below, including whether plan payments are to be made bi-weekly, monthly, annually, or at some other regular interval.

| | | |
|---|---|---:|
| A.  Total projected monthly income | $ | 2,865.03 |
| B.  Total projected monthly expenses | $ | 2,497.59 |
| C.  Excess income (A minus B) | $ | 367.44 |
| D.  Total amount to be paid into plan each  Monthly | $ | 365.00 |
| (interval) | | |

# United States Bankruptcy Court
## Southern District of Texas

In re   LYN YOUNG                                                      Case No.   05-38848-H4-13

                                        Debtor(s)                 Chapter    13

## DECLARATION CONCERNING DEBTOR'S SCHEDULES

### DECLARATION UNDER PENALTY OF PERJURY BY INDIVIDUAL DEBTOR

       I declare under penalty of perjury that I have read the foregoing summary and schedules, consisting of ___16___ sheets *[total shown on summary page plus 1]*, and that they are true and correct to the best of my knowledge, information, and belief.

Date  June 20, 2005                             Signature   /s/ LYN YOUNG

                                                                             LYN YOUNG

                                                                             Debtor

*Penalty for making a false statement or concealing property:*  Fine of up to $500,000 or imprisonment for up to 5 years or both. 18 U.S.C. §§  152 and 3571.

Software Copyright (c) 1996-2003 Best Case Solutions, Inc. - Evanston, IL - (800) 492-8037                                    Best Case Bankruptcy