| UNITED STATES BANKRUPTCY COURT | SOUTHERN DISTRICT OF TEXAS |
|---|---|

United States Courts
Southern District of Texas
FILED

AUG 1 9 2010

Clerk of Court

IN RE: §
§
Lyn Young §
§ BANKRUPTCY CASE NUMBER
(Debtor), § 05-38848-H4-3
§
§
§

### PETITION FOR UNCLAIMED FUNDS

Dilks & Knopik, LLC, Attorney-in-Fact for C.I.A. Services, Inc. hereby petitions the Court for $1,717.56 being held in the Registry of the Clerk, U.S. Bankruptcy Court as unclaimed funds for CIA Services Inc., creditor.

IF APPLICANT IS A FUNDS LOCATOR, this application includes a Power of Attorney authorizing the undersigned, Dilks & Knopik, LLC, Attorney in Fact, to petition the Court on behalf of the claimant for the release of these funds.

The creditor did not receive the dividend check in the above case for the following reasons:

The original dividend check was mailed o CIA Services, Inc., Westfield Glen Property, 5161 FM 1960 West, Ste 190, Humble, TX 77346. CIA Services, Inc. manages Westfield Glen Property Owners Association, Inc. (as evidenced by exhibit A), which used the address in Humble, TX, as evidenced by exhibit B.

The creditor¡s) current/correct mailing address is:

> C.I.A. Services, Inc.
> Attn: Brenda Ellington , Community Mangaer
> 8811 FM 1960 Bypass Rd, Suite 200
> Humble, TX 77338
> Phone No.   281-852-1700

Unclaimed.fds
06/23/98

Dated: <u>August 16, 2010</u>

_____
Brian J. Dilks, Managing Member
Dilks & Knopik, LLC
PO Box 2728, Issaquah, WA 98027
(425)-836-5728

On <u>8|16|10</u> before me, Brian J. Dilks, personally appeared, personally known to me (or proved to me on the basis of satisfactory evidence) to be the person (s) whose name is subscribed to the within instrument and acknowledged to me that he executed the same in his authorized capacity, and that by his signature on the instrument the person, or entity upon behalf of which the person acted, executed the instrument. WITNESS my hand and official seal.

SEAL

_____
Caryn M. Dilks, Notary Public
My commission expires: July 29, 2014
Notary in and for the State of Washington



Unclaimed.fds
06/23/98

# CHANGE OF REGISTERED AGENT/REGISTERED OFFICE

FILED
In the Office of the
Secretary of State of Texas

FEB 2 5 2002

Corporations Section

(1) The name of the entity is:

**Westfield Glen Property Owners Association**

and the file number issued to the entity by the secretary of state is: **0068346901**

(2) The entity is a non-profit corporation, which has authorized the changes indicated below through its board of directors or by an officer of the corporation authorized by its board of directors.

(3) The registered office address presently shown in the records of the Texas secretary of state is:

**13313 Southwest Freeway, Suite 265**
**Sugar Land, Texas 77478**

(4) The address of the new registered office is:

**5616 FM 1960 East, Suite 190**
**Humble, Texas 77346-2738**

(5) The name of the registered agent as presently shown in the records of the Texas secretary of state is:

**C.I.A. Services, Inc**

(6) The name of the new registered agent is:

**C.I.A. Services, Inc.**

(7) Following the changes shown above, the address of the registered office and the address of the office of the registered agent will continue to be identical, as required by law.

Date: 1-14-2002

By: _Dana R Connally_ (signature)

Dana Connally
President
Westfield Glen Property Owners Association

CR2

Exhibit B
Page 1 of 1

# DILKS & KNOPIK, LLC

"When Success Matters"

August 16, 2010

United State District Court
Southern District of Texas
Attn: Intake
PO Box 61010
Houston, TX 77208

RE: Application for the Release of Unclaimed Funds

Dear Sir or Madam:

I am applying to the US Bankruptcy Court, Southern District of Texas for the release of the unclaimed monies due and owing to CIA Services Inc. for the amount of $1,717.56. This is from the Bankruptcy of Lyn Young and Case No. 05-38848-H4-3.

Thank you for your attention to this matter.

Sincerely,

Brian J. Dilks
Managing Member

28431 SE Preston Way
PO Box 2728
Issaquah, WA 98027

Phone (425) 836-5728
Fax    (425) 650-9930
Email  admin@dilksknopik.com

www.dilksknopik.com