

**UNITED STATES BANKRUPTCY COURT**          **SOUTHERN DISTRICT OF TEXAS**
ENTERED
09/09/2010

IN RE:                                                    §
                                                          §
Lyn Young                                                 §
                                                          §     **BANKRUPTCY CASE NUMBER**
                                    (Debtor),             §          **05-38848-H4-3**
                                                          §
                                                          §            *#50*
                                                          §

### ORDER TO PAY UNCLAIMED FUNDS

It appearing that the check made payable to CIA Services Inc., in the amount

of $1,717.56, was not charged against the bank account of the debtor, within the 90

day limit and an unclaimed money report was entered on July 12, 2010 to close the

account and transfer the monies into the Registry of the Clerk, U.S. Bankruptcy

Court, and

It further appearing that C.I.A. Services, Inc. c/o Dilks & Knopik, LLC is

now claiming the above monies in the petition attached hereto,

It is ORDERED that the Clerk of the U.S. Bankruptcy Court pay said sum of

$1,717.56 to Dilks & Knopik, LLC and C.I.A. Services, Inc. at the following address:

P.O. Box 2728,
Issaquah, WA  98027-0125

Dated: _9/9/2010_

**UNITED STATES BANKRUPTCY JUDGE**

Unclaimed.fds
06/23/98